**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DISTRICT OF COLUMBIA,

        Plaintiff,

    v.

PRO-FOOTBALL INC., ROGER GOODELL,
DANIEL SNYDER, THE NATIONAL
FOOTBALL LEAGUE,

        Defendants,

Case No. 22-cv-3813

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Defendants The National Football League and Roger Goodell, by and through their undersigned counsel, Lucas C. Townsend, a member of the Bar of this Court, respectfully move that Karin Portlock be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1.     Ms. Portlock is a lawyer at Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166; telephone (212) 351-2666.

2.     As set forth in the Declaration of Ms. Portlock accompanying this motion, Ms. Portlock is a member in good standing of the New York State Bar.

3.     Ms. Portlock has not been admitted *pro hac vice* to practice before this Court within the last two years.

WHEREFORE, The National Football League and Roger Goodell, by and through their undersigned counsel, move that this Court enter an Order permitting Ms. Portlock to appear *pro*

*hac vice* in the above-captioned action as counsel for The National Football League and Roger Goodell.

Dated:    December 23, 2022    /s/ Lucas C. Townsend
    Lucas C. Townsend, D.C. Bar No. 1000024

    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036
    Tel: (202) 887-4254
    Fax: (202) 530-4254
    LTownsend@gibsondunn.com

    *Attorneys for Defendants*
    *The National Football League and*
    *Roger Goodell*

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that, on December 23, 2022, I caused to be served

on Plaintiffs the foregoing Motion for Admission *Pro Hac Vice* by the CM/ECF system.

Dated:    December 23, 2022                    */s/ Lucas C. Townsend*
                                                        Lucas C. Townsend