**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DISTRICT OF COLUMBIA,

        Plaintiff,

    v.

PRO-FOOTBALL INC., ROGER GOODELL,
DANIEL SNYDER, THE NATIONAL
FOOTBALL LEAGUE,

        Defendants,

Case No. 22-cv-3813

## <u>DECLARATION OF KARIN PORTLOCK</u>

I, Karin Portlock, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2. I am a lawyer at Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166; telephone (212) 351-2666.

3. I am admitted, practicing, and in good standing as a member of the New York State Bar. I have been a member in good standing since my admission on December 8th, 2009.

4. I have been admitted to the United States District Courts for the Southern and Eastern Districts of New York as well as the United States Court of Appeals for the Second Circuit.

5. I have never been disciplined by any bar.

6. I have not been admitted *pro hac vice* to practice before this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
          December 23, 2022

Karin Portlock

2