**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DISTRICT OF COLUMBIA,

        Plaintiff,

    v.

PRO-FOOTBALL INC., ROGER GOODELL,
DANIEL SNYDER, THE NATIONAL
FOOTBALL LEAGUE,

        Defendants,

Case No. 22-cv-3813

**[DEFENDANTS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF
ATTORNEY KARIN PORTLOCK *PRO HAC VICE***

The Court has reviewed the Defendants' motion for admission of attorney Karin Portlock

*pro hac vice.*  Upon consideration of that motion, the Court grants attorney Karin Portlock *pro hac*

*vice*  admission to this Court.

IT IS SO ORDERED.

Dated:_____

_____
United States District Judge