IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

             Plaintiff,

      v.

PRO-FOOTBALL INC., DANIEL SNYDER, THE NATIONAL FOOTBALL LEAGUE, AND ROGER GOODELL.

             Defendants.

Civil Action No. 1:22-cv-3813

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Defendants Pro-Football Inc., Daniel Snyder, the National Football League, and Roger Goodell (collectively, "Defendants"), through undersigned counsel, hereby respectfully request an 18-day extension—until January 31, 2023—to file their opposition to the December 30, 2022 motion of the District of Columbia (the "District") to remand this case to the Superior Court of the District of Columbia (ECF No. 16). The District's counsel has informed the undersigned counsel that the District opposes any extension of Defendants' deadline to file their opposition. *See* Local Civ. R. 7(m).

1. On November 10, 2022, the District of Columbia filed the Complaint in this case in D.C. Superior Court. The parties thereafter entered into negotiations regarding the acceptance of service of the Complaint by Defendants' counsel and a schedule for Defendants to file their responses to the Complaint. On December 8, 2022, the parties filed a Joint Motion to Extend in D.C. Superior Court, which jointly proposed that Defendants would file their responses to the Complaint on March 2, 2023; that if Defendants moved to dismiss, the District would oppose

any such motions within 60 days after that date; and that reply briefs in support of a motion to dismiss would be due 45 days after the opposition brief.[1]

2. On December 23, 2022, undersigned counsel contacted the District's counsel to inform them that Defendants Pro-Football Inc. and Daniel Snyder would be filing a notice of removal later that day, and to discuss a mutually agreeable schedule for how the case should proceed in this Court. The District agreed to jointly move to stay proceedings in the case pending resolution of its anticipated motion to remand the case to D.C. Superior Court, which the District stated it would file within 45 days.

3. Later on December 23, 2022, Defendants Pro-Football Inc. and Daniel Snyder filed the Notice of Removal (ECF No. 1), and Defendants the National Football League and Roger Goodell consented to that removal (ECF. No. 7).

4. After the Christmas holiday, on December 28, 2022, the parties corresponded to negotiate the proposed stay of proceedings pending resolution of the District's motion to remand; Defendants proposed, in the interest of judicial economy, that the Parties include in the joint motion a reasonable proposed briefing schedule for the District's motion to remand. The next day, on December 29, 2022, the District declined to agree on a briefing schedule, stating that it would object to any extension of the default 14-day deadline for Defendants' opposition provided by Local Civil Rule 7(b). The District instead stated that, to accommodate any concerns by Defendants about unequal deadlines for its motion to remand and Defendants' opposition, the District would agree to file its motion within 30 days. The Parties filed the Joint

---

[1] On December 29, 2022, the D.C. Superior Court granted this motion. However, Defendants had already removed the case to this Court on December 23, 2022. It appears that a technical issue with the D.C. Superior Court electronic filing system prevented Defendants' certificate of removal notice (filed on the same day as its notice of removal in this Court) from appearing on the docket until December 30, 2022.

Motion to Stay Proceedings on December 29, 2022, which stated that the District would file its motion for remand "within 30 days of this Joint Motion's filing." (ECF No. 15.)

5. The very next day, December 30, 2022, "[p]ursuant to [the District's] obligations under LCvR 7(m)," the District emailed counsel for Defendants stating that the District would be filing a motion for remand and inquiring "whether Defendants consent to the motion." Approximately forty minutes later, without receiving a response to that email, the District filed its motion to remand. (ECF No. 16.)

6. Defendants respectfully request an 18-day extension of their deadline to oppose the District's motion to remand, from the current deadline of January 13, 2023 under Local Civil Rule 7(b) to January 31, 2023. This modest extension is necessary to permit Defendants (who are represented by separate counsel) sufficient time to review and respond to the District's motion for remand, in light of the New Year holiday, other filing deadlines, and scheduling demands in other client matters. For instance, as the District is aware, undersigned counsel for Pro-Football Inc. must file a response to a separate complaint that the District has filed against Defendant Pro-Football Inc. in D.C. Superior Court by January 17, 2023.

7. The District will suffer no prejudice from the modest extension sought herein, particularly in light of the extended timeline it agreed to for briefing the motion to dismiss before Defendants removed this case. Despite this lack of prejudice, the District has nonetheless stated that it opposes any extension to the deadlines set forth in this Court's local rules.

Accordingly, Defendants respectfully request that the Court extend Defendants' deadline to oppose the District's Motion to Remand until January 31, 2023.

Dated: January 5, 2023             Respectfully submitted,
     Washington, D.C.

| | |
|---|---|
| */s/ Stuart G. Nash* <br> STUART G. NASH [444058] <br> JOHN L. BROWNLEE [452665] <br> TIMOTHY J. TAYLOR [1005503] <br> DAVID L. HALLER [1026467] <br> Holland & Knight LLP <br> 800 17th Street, N.W., Suite 1100 <br> Washington, D.C. 20006 <br> (202) 469-5158 <br> (202) 955-5564 <br> stuart.nash@hklaw.com <br> john.brownlee@hklaw.com <br> timothy.taylor@hk.law.com <br> david.haller@hk.law.com | */s/ Karen Patton Seymour* <br> KAREN PATTON SEYMOUR *(pro hac vice pending)* <br> Sullivan & Cromwell LLP <br> 125 Broad Street <br> New York, NY 10004 <br> (212) 558-4000 <br> seymourk@sullcrom.com <br><br> */s/ Judson O. Littleton* <br> JUDSON O. LITTLETON [1027310] <br> KAMIL R. SHIELDS [1674318] <br> Sullivan & Cromwell LLP <br> 1700 New York Avenue, N.W., Suite 1700 <br> Washington, DC 20006 <br> (202) 956-7500 <br> littletonj@sullcrom.com <br> shieldska@sullcrom.com <br><br> *Attorneys for Pro-Football, Inc. and Daniel Snyder* |
| */s/ Lucas C. Townsend* <br> Lucas C. Townsend, D.C. Bar No. 1000024 <br> Robert K. Hur (admission pending) <br> Jesenka Mrdjenovic (admission pending) <br> GIBSON, DUNN & CRUTCHER LLP <br> 1050 Connecticut Avenue, N.W. <br> Washington, D.C. 20036 <br> Tel: (202) 887-4254 <br> Fax: (202) 530-4254 <br> LTownsend@gibsondunn.com <br> RHur@gibsondunn.com <br> JMrdjenovic@gibsondunn.com | Amanda M. Aycock (pro hac vice pending) <br> Karin Portlock (pro hac vice pending) <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, N.Y. 10166 <br> Tel: (212) 351-2356 <br> Fax: (212) 351-6355 <br> AAycock@gibsondunn.com <br> KPortlock@gibsondunn.com <br><br> *Attorneys for Defendants The National Football League and Roger Goodell* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2023, I caused a true and correct copy of the foregoing Motion for Extension of Time to be served via the Court's CM/ECF system upon the attorneys listed below:

Andrew Mendrala
Jessica E. Feinberg
James Towns
Civil Rights Section, Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth St. NW
Washington, DC 20001

*Counsel for Plaintiff District of Columbia*

Respectfully submitted,

*/s/ Judson O. Littleton*
JUDSON O. LITTLETON [1027310]
Sullivan & Cromwell LLP
1700 New York Avenue, N.W., Suite 1700
Washington, DC 20006
(202) 956-7500
littletonj@sullcrom.com

*Counsel for Pro-Football, Inc. and Daniel Snyder*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PRO-FOOTBALL INC., DANIEL SNYDER, THE NATIONAL FOOTBALL LEAGUE, AND ROGER GOODELL.<br><br>　　　　　　Defendants. | Civil Action No. 1:22-cv-3813 |

### [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Defendants' Motion for Extension of Time, ECF No. 18, it is hereby **ORDERED**, for good cause shown, that Defendants' Motion is **GRANTED**. It is further **ORDERED** that Defendants shall file their opposition to the District's Motion to Remand by January 31, 2023.

Dated: _____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE