IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>                Plaintiff,<br><br>      v.<br><br>PRO-FOOTBALL INC., DANIEL SNYDER, THE NATIONAL FOOTBALL LEAGUE, AND ROGER GOODELL.<br><br>              Defendant. | Civil Action No. 1:22-cv-3813 |

**JOINDER OF THE NATIONAL FOOTBALL LEAGUE AND ROGER
GOODELL IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

Defendants The National Football League and Roger Goodell respectfully reiterate their consent to removal and respectfully submit that they agree with the bases for federal jurisdiction set forth in the Opposition to Plaintiff's Motion to Remand filed by Defendants Pro-Football, Inc. and Daniel Snyder. ECF No. 30.

The NFL and Mr. Goodell file this Joinder solely to respond to the request for fees made in the Motion to Remand, ECF No. 16, and respectfully state the following:

1.      An award of fees and costs in remanding a case to state court "is appropriate only when the non-removability of the action is obvious." *Simon v. Hofgard*, 172 F. Supp. 3d 308, 320 (D.D.C. 2016) (Chutkan, J.); *see* 28 U.S.C. § 1447(c). That standard cannot be satisfied where, as here, a good-faith basis for removal exists or presents "novel[]" and unsettled legal issues. *Simon*, 172 F. Supp. 3d at 321 (declining to award fees where legal issues presented by removal were novel and unsettled).

2.      For the reasons stated in codefendants' Opposition to Plaintiff's Motion to Remand, there can be no question that a good-faith basis exists for asserting federal jurisdiction in this case.

No precedent from the Supreme Court or the District of Columbia Circuit holds that complete diversity does not exist under circumstances such as those presented here, where the real parties in interest on whose behalf the District purports to seek redress are a subset of residents of the District.  Therefore, the "non-removability of this case [is] not so obvious as to warrant an award of costs and expenses."  *District of Columbia v. Vizion One, Inc.*, 2022 WL 522980, at *4 (D.D.C. Feb. 22, 2022) (Chutkan, J.); *see also Organic Consumers Assoc. v.  Handsome Brook Farm Grp. 2, LLC*, 222 F. Supp. 3d 74, 79 (D.D.C. 2016) (denying fees and costs where plaintiffs had an "objectively reasonable and good-faith basis" to argue that the case satisfied requirements for diversity jurisdiction "[g]iven the lack of recent, controlling authority").

3.      On the contrary, for the reasons stated in codefendants' Opposition, there is a strong basis for the assertion of federal jurisdiction here given that the Attorney General purportedly brought this case to seek redress for harm allegedly suffered by "District fans" who allegedly conditioned their "financial support" of the Commanders—through the purchase of game tickets, apparel, and merchandise—on the statements cited in the Complaint.  Compl. ¶¶ 140–42.  Even if the Court were to ultimately hold otherwise, it was at the very least "reasonable" at "the time of removal" for Defendants Pro-Football and Mr. Snyder to assert complete diversity between the parties under the real-party-in-interest doctrine, and for the NFL and Commissioner Goodell— neither of whom is "found" in the District of Columbia—to consent to the removal.  *Simon*, 172 F. Supp. 3d at 320.  Because a good-faith argument for federal jurisdiction exists, an award of fees and costs against any Defendant is unwarranted.

For these reasons, the Court should deny the Motion to Remand and deny Plaintiff's request for an award of fees and costs.

Dated:  January 31, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By: */s/ F. Joseph Warin*
        F. Joseph Warin, D.C. Bar No. 235978
        Jesenka Mrdjenovic (admission pending)
        GIBSON, DUNN & CRUTCHER LLP
        1050 Connecticut Avenue, N.W.
        Washington, D.C. 20036
        Tel: (202) 887-4254
        Fax: (202) 530-4254
        FWarin@gibsondunn.com
        JMrdjenovic@gibsondunn.com

        Amanda M. Aycock (pro hac vice)
        Karin Portlock (pro hac vice)
        GIBSON, DUNN & CRUTCHER LLP
        200 Park Avenue
        New York, N.Y. 10166
        Tel: (212) 351-2356
        Fax: (212) 351-6355
        AAycock@gibsondunn.com
        KPortlock@gibsondunn.com

        Gregg J. Costa (pro hac vice)
        GIBSON, DUNN & CRUTCHER LLP
        811 Main Street, Suite 300
        Houston, TX 77002
        Tel: (346) 718-6649
        Fax: (346) 718-6979
        GCosta@gibsondunn.com

        *Attorneys for Defendants The National Football*
        *League and Roger Goodell*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 31, 2023, I caused to be served on Plaintiff the foregoing document using the Court's CM/ECF system.

Dated:  January 31, 2023                                   <u>*/s/ F. Joseph Warin*</u>
                                                          F. Joseph Warin