UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>      Plaintiff,<br><br>  v.<br><br>PRO-FOOTBALL, INC., DANIEL SNYDER, THE NATIONAL FOOTBALL LEAGUE, AND ROGER GOODELL,<br><br>      Defendants. | Case No. 22-cv-3813-TSC<br><br>Judge Tanya S. Chutkan |

### NOTICE OF CHANGE OF PARTY NAME

Please take notice that, in connection with a change in ownership, Defendant Pro-Football, Inc. is now Pro-Football LLC.

Dated: December 29, 2023

STUART G. NASH [444058]
JOHN L. BROWNLEE [452665]
TIMOTHY J. TAYLOR [1005503]
DAVID L. HALLER [1026467]
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 469-5158
(202) 955-5564
stuart.nash@hklaw.com
john.brownlee@hklaw.com
timothy.taylor@hklaw.com
david.haller@hklaw.com

Respectfully submitted,

/s/ Karen Patton Seymour
KAREN PATTON SEYMOUR (*admitted pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, N.Y. 10004
(212) 558-4000
seymourk@sullcrom.com

/s/ Judson O. Littleton
JUDSON O. LITTLETON [1027310]
KAMIL R. SHIELDS [1674318]
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 1700
Washington, D.C. 20006
(202) 956-7500
littletonj@sullcrom.com
shieldska@sullcrom.com

*Attorneys for Pro-Football LLC*

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 5.4(d), I hereby certify that, on December 29, 2023, I caused the foregoing Notice of Change of Party Name to be electronically filed via the Court's CM/ECF system, which effected service of the document upon all counsel of record.

*/s/ Judson O. Littleton*
Judson O. Littleton
*Attorney for Pro-Football LLC*