UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

                Plaintiff,

      v.

PRO-FOOTBALL, INC., DANIEL SNYDER, THE NATIONAL FOOTBALL LEAGUE, AND ROGER GOODELL,

                Defendants.

Case No. 22-cv-3813-TSC

Judge Tanya S. Chutkan

**RESPONSE OF DEFENDANTS PRO-FOOTBALL LLC AND DANIEL SNYDER TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Pro-Football LLC[1] and Daniel Snyder respectfully submit this response to Plaintiff's Notice of Supplemental Authority concerning *District of Columbia* v. *Exxon Mobil Corp.*, No. 22-7163, 2023 WL 8721812, --- F.4th ---- (D.C. Cir. Dec. 19, 2023). ECF No. 36. *Exxon*'s reasoning is irrelevant to the District's pending motion for remand because it does not address the basis for this Court's jurisdiction here: complete diversity between Defendants and the small subgroup of District consumers who are the real parties in interest. If anything, the stark contrast between the allegations in *Exxon*—involving the alleged impact of climate change on the entire District population as well as the District itself—and those the District pursues in this action—involving a discrete subgroup of "District fans" that allegedly "continued to purchase tickets and merchandise" supposedly in reliance on their "understanding that a thorough, unbiased investigation was underway," ECF No. 13 (Complaint) ¶¶ 35, 138—only confirms that diversity jurisdiction is present here.

---

[1] In connection with a change in ownership, Pro-Football, Inc. is now Pro-Football LLC.

<table>
<tr><td>

Dated: December 29, 2023

STUART G. NASH [444058]
JOHN L. BROWNLEE [452665]
TIMOTHY J. TAYLOR [1005503]
DAVID L. HALLER [1026467]
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 469-5158
(202) 955-5564
stuart.nash@hklaw.com
john.brownlee@hklaw.com
timothy.taylor@hklaw.com
david.haller@hklaw.com

</td><td>

Respectfully submitted,

*/s/ Karen Patton Seymour*
KAREN PATTON SEYMOUR (*admitted pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, N.Y. 10004
(212) 558-4000
seymourk@sullcrom.com

*/s/ Judson O. Littleton*
JUDSON O. LITTLETON [1027310]
KAMIL R. SHIELDS [1674318]
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 1700
Washington, D.C. 20006
(202) 956-7500
littletonj@sullcrom.com
shieldska@sullcrom.com

*Attorneys for Pro-Football LLC and Daniel Snyder*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 5.4(d), I hereby certify that, on December 29, 2023, I caused the foregoing Response of Defendants Pro-Football LLC and Daniel Snyder to Plaintiff's Notice of Supplemental Authority to be electronically filed via the Court's CM/ECF system, which effected service of the document upon all counsel of record.

                                              */s/ Judson O. Littleton*
                                              Judson O. Littleton
                                              *Attorney for Pro-Football LLC and Daniel Snyder*